USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

PIERRE LUC CM EVOUNG,

                       Plaintiff,

              -v-

CHEVOR POMPEY, *et al.*,

                 Defendants.

------------------------------------------------------------------ X

1:25-cv-9182-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On February 17, 2026, Plaintiff Pierre Luc Evoung filed a motion for summary judgment. Dkt. No. 12. Because Plaintiff has yet to plead a plausible cause of action, *see* Dkt. No. 14, Plaintiff's motion for summary judgment is DENIED as premature.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: March 9, 2026
      New York, New York

                                           GREGORY H. WOODS
                                      United States District Judge