UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2026

------------------------------------------------------------------- X
                               :

PIERRE LUC CM EVOUNG,                 :

                               :

                   Plaintiff,     :               1:25-cv-9182-GHW

                               :

            -v-                   :                ORDER

                               :

CHEVOR POMPEY, *et al.*,          :

                               :

                 Defendants.   :

                               :

------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 4, 2025, Plaintiff Pierre Luc Evoung filed this action *pro se* alleging that an order issued against him by the Bronx County Family Court was coercive and violated his constitutional rights. Dkt. No. 1. On December 23, 2025, the Court ordered Plaintiff to show cause by January 26, 2026 as to why this action should not be dismissed. Dkt. No. 9. Plaintiff responded on January 13, 2026. Dkt. No. 11. The Court reviewed Plaintiff's response, and on March 3, 2026, dismissed Plaintiff's claims against Defendants Pompey and Vialet with prejudice and without leave to amend. Dkt. No. 14. The Court also dismissed Plaintiff's federal disability-related claims without prejudice and granted Plaintiff leave to amend those claims no later than 21 days from the date of the order. *Id.* Plaintiff did not amend his complaint by March 24, 2026. Because Plaintiff has not pleaded a plausible federal cause of action, the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims and dismisses this action without prejudice *sua sponte* under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to enter judgment for Defendants, to close the case, and to

mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated:  March 26, 2026
        New York, New York

                                          GREGORY H. WOODS
                                   United States District Judge

2