**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------X
PIERRE LUC CM EVOUNG

<table>
<tr><td>Plaintiff,</td><td>25 <strong>CIVIL</strong> 09182 (GHW)</td></tr>
<tr><td>-against-</td><td><strong><u>JUDGMENT</u></strong></td></tr>
<tr><td>CHEVOR POMPEY<em>, et al.,</em></td><td></td></tr>
<tr><td>Defendants.</td><td></td></tr>
</table>

------------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 26, 2026, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:**  New York, New York

March 27, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**